UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES FLORES,<br><br>       Plaintiff,<br><br>  v.<br><br>WESPAK,<br><br>       Defendant.<br>_____/ | CASE NO. 1:17-cv-00326 AWI-BAM<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE NO LATER THAN **APRIL 13, 2017** |

      Plaintiff Moses Flores ("Plaintiff") is a Nevada state prisoner proceeding pro se and seeking relief pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis **for a prisoner**;

      2.    Within thirty (30) days of the date of service of this order, plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a prisoner**, or in the alternative, pay the $400.00 filing fee for this action; and

      3.    **<u>Failure to comply with this order will result in dismissal of this action.</u>**

IT IS SO ORDERED.

Dated:  **March 13, 2017**          /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE