UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES FLORES,<br><br>            Plaintiff<br><br>    v.<br><br>WESPAK,<br><br>            Defendant | CASE NO. 1:17-CV-0326 AWI BAM<br><br>**ORDER DIRECTING CLERK TO REFILE DOCUMENTS AND TO CLOSE CASE NO. 1:17-CV-0400 DAD EPG** |

      On March 6, 2017, Plaintiff filed a complaint in the above captioned case (the "March 6 case"). The Complaint indicates that it concerns claims under Title VII, and that it involves Plaintiff's termination from Defendant on April 28, 2016. Plaintiff is proceeding pro se.

      On March 20, 2017, a new case was opened in this Court involving Plaintiff. In Case No. 1:17-cv-0400 DAD EPG (the "March 20 case"), Plaintiff indicates that he is bringing claims under Title VII and that his termination on April 28, 2016 is involved. Wespak is named as a defendant in both the March 6 and March 20 cases, but the March 20 case adds J.V. Farm Labor Services as a defendant.

      Given the allegations in both the March 6 and March 20 cases, and especially considering Plaintiffs' pro se status, it appears to the Court that the Complaint in the March 20 case is meant to be an amended complaint in the March 6 case. Under these circumstances, it is appropriate to transfer the filings in the March 20 case to the March 6 case and close the March 20 case as duplicative.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall refile Document Nos. 1 and 2 from Case No. 1:17-CV-0400 DAD EPG into the docket of Case No. 1:17-CV-0326 AWI BAM;
2. The Clerk shall add "J.V. Farm Labor Services" as a Defendant in Case No. 1:17-CV-0326 AWI BAM;
3. The Clerk shall administratively CLOSE Case No. 1:17-CV-0400 DAD EPG;[1] and
4. All future filings by Plaintiff regarding this case shall use Case No. 1:17-CV-0326 AWI BAM.

IT IS SO ORDERED.

Dated:   March 22, 2017                          _____
                                                  SENIOR DISTRICT JUDGE

---

[1] The administrative closing of Case No. 1:17-CV-0400 DAD EPG is not "on the merits" and will not impact the substantive proceedings in Case No. 1:17-CV-0326 AWI BAM.