UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOSES FLORES,

    Plaintiffs,

v.

WESPAK and J.V. FARM LABOR SERVICES,

    Defendants.

_____/

CASE NO. 1:17-cv-326-AWI-BAM

ORDER GRANTING PLAINTIFF MOSES FLORES' IN FORMA PAUPERIS APPLICATION
(Doc. 7).

ORDER DIRECTING PAYMENT OF MOSES FLORES' INMATE FILING FEE

    Plaintiff Moses Flores ("Plaintiff"), a Nevada state prisoner proceeding pro se, filed this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*, on March 6, 2017. Currently before the Court is Plaintiff's motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. §1915. (Doc. 7).

    Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Nevada Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, filed on April 28, 2017 (Doc. 7), is GRANTED;

2. **The Director of the Nevada Department of Corrections or his/her designee shall collect payments from Plaintiff Moses Flores prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the Nevada Department of Corrections, via the court's electronic case filing system (CM/ECF); and

The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division

IT IS SO ORDERED.

Dated: **May 18, 2017**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE